TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00338-CV






Willie A. Milton, Appellant



v.



Tax Appraisal District of Bell County, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT


NO. 189,527-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.1(a)(1). 
The appeal is dismissed.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: September 7, 2005